## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN LEE AUTERY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 22-CV-4015** |
| | : | |
| **CLASSIFICATION OFC. MIKE** | : | |
| **MOORE, *et al.*,** | : | |
| **Defendants.** | : | |

### ORDER

AND NOW, this 21st day of July, 2023, upon consideration of Plaintiff Jonathan Lee Autery's Third Amended Complaint (ECF No. 11), it is **ORDERED** that:

1.     The Third Amended Complaint is **DISMISSED IN PART** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

2.     The Clerk of Court is **DIRECTED** to amend the caption to add Warden Laura K. Williams as a Defendant in this case.

3.     The official capacity claims against Defendant Mike Moore and all claims against Defendants Lt. J. McCafferty, Mike Henneghan, and Laura K. Williams are **DISMISSED**.  The Clerk of Court is **DIRECTED** to **TERMINATE** McCafferty, Henneghan, and Williams from the docket.

4.     The Fourteenth Amendment due process claim asserted against Defendant Mike Moore in his individual capacity passes statutory screening.

5.     Any remaining claims not addressed in paragraphs three and four of this Order are **DISMISSED** for the reasons stated in the Court's Memorandum.

6.     The Clerk of Court is specially appointed to serve a written waiver request on Defendant Mike Moore, pursuant to Federal Rule of Civil Procedure 4(d), to effect waiver of

service.  The waiver of service request shall be accompanied by a copy of the Third Amended

Complaint (ECF No. 11), along with a copy of this Order and accompanying Memorandum, and

shall inform Defendant Moore of the consequences of compliance and failure to comply with the

request.  The request shall allow the Defendant at least 30 days from the date it is sent (60 days if

addressed outside any judicial district of the United States) to return the signed waiver.  If a

signed waiver is not returned within the time limit given, the Clerk of Court shall issue a

summons and transmit the summons and a copy of the Third Amended Complaint to the U.S.

Marshals Service for immediate service.

7.      All original pleadings and other papers submitted for consideration to the Court in

this case are to be filed with the Clerk of Court.  Copies of papers filed in this Court are to be

served upon counsel for all other parties (or directly on any party acting *pro se*).  Service may be

made by mail.  Proof that service has been made is provided by a certificate of service.  The

certificate of service should be filed in the case along with the original papers and should show

the day and manner of service.  An example of a certificate of service by mail follows:

"I,  (name), do hereby certify that a true and correct
copy of the foregoing (name of pleading or other paper)
has been served upon (name(s) of person(s) served) by
placing the same in the U.S. mail, properly addressed,
this (day) of (month), (year).

_____
   (Signature)"

8.      Any request for court action shall be set forth in a motion, properly filed and

served.  The parties shall file all motions, including proof of service upon opposing parties, with

the Clerk of Court.  The Federal Rules of Civil Procedure and Local Rules are to be followed.

Autery is specifically directed to comply with Local Civil Rule 7.1 and serve and file a proper

response to all motions within fourteen (14) days.  Failure to do so may result in dismissal.

2

9.      Autery is specifically directed to comply with Local Rule 26.1(f) which provides that "[n]o motion or other application pursuant to the Federal Rules of Civil Procedure governing discovery or pursuant to this rule shall be made unless it contains a certification of counsel that the parties, after reasonable effort, are unable to resolve the dispute."  Autery shall attempt to resolve any discovery disputes by contacting Defendant's counsel directly by telephone or through correspondence.

10.     No direct communication is to take place with the United States District Judge or United States Magistrate Judge with regard to this case.  All relevant information and papers are to be directed to the Clerk of Court.

11.     In the event a summons is returned unexecuted, it is Autery's responsibility to ask the Clerk of Court to issue an alias summons and to provide the Clerk with the Defendant's correct address, so service can be made.

12.     The parties should notify the Clerk's Office when there is an address change. Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**

**JEFFREY L. SCHMEHL, J.**